# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

**ROBERT EARL GREEN, Register No. 189877**

    v.

**RHONDA QUIGLEY, et al**

Case Number: 04-4316-CV-C-NKL

_    *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

–    plaintiff's motions for declaratory judgment and for temporary restraining order are denied.
–    It is further ordered that the defendants' motion to dismiss is granted and plaintiff's claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915(g).

ENTERED ON: December 7, 2005

<u>December 7, 2005</u>

Date

          PATRICIA L. BRUNE

          Clerk

          /s L. Bax

          (By) Deputy Clerk