IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ROBERT EARL GREEN,<br>Register No. 189877, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-4316-CV-C-NKL |
| RHONDA QUIGLEY, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

On December 15, 2005, plaintiff filed a motion to reconsider the court's order of December 7, 2005. Plaintiff's motion will be treated as a request to alter or amend the judgment under Fed. R. Civ. P. 59(e) because it was filed within ten days after the date judgment was entered. *See Johnson v. Johnson*, No. 91-1942EM, slip op. (8th Cir. Oct. 4, 1991) (unpublished). After consideration, plaintiff's motion will be denied.

On January 5, 2006, plaintiff filed a motion for declaratory judgment in support of his motion to reconsider and seeking to add new claims challenging prison policy restricting property in administrative segregation. Plaintiff cannot amend his complaint subsequent to dismissal.

IT IS, THEREFORE, ORDERED that plaintiff's motion to reconsider, treated as a request to alter or amend the judgment, and motion for declaratory judgment are denied [36, 37].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: January 17, 2006
Jefferson City, Missouri